U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
MAY 15 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, *et al.*,  )
)
v. )
)
INTERNAL REVENUE SERVICE, *et al.* )
)

W-20-CV-362

## NOTICE REGARDING CHANGE OF IDENTIFICATION OF JAIDEEP S. CHAWLA

The plaintiff and relator, Jaideep S. Chawla, acting *pro se*, respectfully notifies this Court that he will not changing his legal name at this time and once again identifies as Jaideep S. Chawla. Accordingly, the name, "John Adams," does not appear on the enclosed pleadings and will not appear on future pleadings.

Respectfully Submitted,

_____

JAIDEEP S. CHAWLA
*PRO SE*
Mailing Address:
12 Lexington Avenue
Charlestown, MA 02129

Dated: May 11, 2020

# CERTIFICATE OF SERVICE

   I hereby certify that on this day I served a copy of the Notice Regarding Change of Identification of Jaideep S. Chawla, *Ex Parte* Motion to Seal, and First Amended Complaint by U.S. Postal Service Certified Mail on each of the following:

The Honorable William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable John Bash
U.S. Attorney, Western District of Texas
800 Franklin Avenue, Suite 280
Waco, Texas 76701

Dated: May 11, 2020

Jaideep S. Chawla