UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
OCT 0 9 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES, et al.,

v.                                    Case No.   20-cv-00362

INTERNAL REVENUE SERVICE, et al.

## NOTICE

The Plaintiff-Relator, Jaideep S. Chawla a/k/a John Adams, respectfully notifies this Court of the following:

1. The Plaintiff-Relator requests that this Court mail all papers associated with the above-captioned case to the following mailing address previously used by the Plaintiff-Relator in the United States District Court for the District of New Hampshire:

3 Henniker Street, #235
Hillsboro, NH 03244

The Plaintiff-Relator has no reason to believe that mail received at the above-provided mailing address was subject to tampering.

2. The Plaintiff-Relator identifies as John Adams and intends to sign all pleadings under the name, John Adams, and file a legal name change in accordance with law. The Plaintiff-Relator owes certain financial debts and may have certain legal obligations under his current legal name, Jaideep S. Chawla. The Plaintiff-Relator intends to pay all such debts and fulfill all such legal obligations incurred under the name of Jaideep S. Chawla. The Plaintiff-Relator states for the record that his assumption of the identification of John Adams is not made

to evade any of the foregoing responsibilities or as an act of disrespect for any other individual, living or deceased, with the same name.

3. The Plaintiff-Relator consents to telephonic hearings in view of the virus situation and respectfully requests that the access information for any such hearing be posted to the publicly available docket of the above-captioned case. An attorney may appear on behalf of the Plaintiff-Relator at a future date.

RESPECTFULLY SUBMITTED,

_____

JOHN ADAMS
*PRO SE*
(formerly Jaideep S Chawla)
Mailing Address:
3 Henniker Street, #235
Hillsborough, New Hampshire 03244

Dated: October 2, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a copy of the foregoing was served on each of the following by first class mail:

The Honorable William Barr
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable John Bash
United States Attorney, Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

Dated: October 2, 2020

_____
John Adams (formerly Jaideep S. Chawla)



# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



U.S. POSTAGE
$7.75
PM 3-DAY
01801 0006
Date of sale
10/02/20
06   2S SSK
11486978

PRIORITY MAIL 3-DAY®

EXPECTED DELIVERY DAY: 10/06/20      0006

Clerk's Office
U.S. District Court
Western District of Texas

C096

SHIP TO:

800 FRANKLIN AVE
RM 280
Waco TX 76701-1934

USPS TRACKING® NUMBER



9505 5067 0921 0276 2270 54