UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES, et al.,

v.  Case No. 20-cv-00362

INTERNAL REVENUE SERVICE, et al.

# MOTION FOR PRELIMINARY INJUNCTION FOR TEMPORARY HALT TO ONGOING STATE AND FEDERAL TAX PROCEEDINGS AGAINST THE PLAINTIFF-RELATOR AS TO THE DEFENDANTS, INTERNAL REVENUE SERVICE AND MASSACHUSETTS DEPARTMENT OF REVENUE

Pursuant to Fed. R. Civ. P. 65, the Plaintiff-Relator, Jaideep S. Chawla a/k/a John Adams, respectfully moves this Court for a preliminary injunction as to the defendants, Internal Revenue Service and the Massachusetts Department of Revenue, against whom this Court ought to enter a preliminary injunction halting any state and federal tax proceedings for payments allegedly owed by the Plaintiff-Relator.

As grounds for the relief sought, the Plaintiff-Relator states that he will suffer irreparable harm absent a court order halting the Internal Revenue Service's ongoing audit and collection process and the associated, automatic tax assessment(s) from the Massachusetts Department of Revenue. The Plaintiff-Relator, acting *pro se*, appears to have stated a claim for, among other things, a conspiracy to deprive him of his civil rights. Such conspiracy has been plausibly alleged to have involved an audit initiated by the defendant, Internal Revenue Service. In the absence of court-ordered relief, the aforementioned state and federal tax agencies may continue to harass the Plaintiff-Relator during the pendency of the above-captioned case in spite of the reality that, to the extent that the Plaintiff-Relator prevails on certain claims, he is owed money

from the same state and federal tax collectors. Aside from harassment and a government-sponsored effort to silence and/or gaslight the *pro se* Plaintiff-Relator during the pendency of this complex case, there is no reason for the defendants, Internal Revenue Service and Massachusetts Department of Revenue, to proceed with any audit, assessment, or other adverse tax action during the pendency of the above-captioned action.

RESPECTFULLY SUBMITTED,

JOHN ADAMS
*PRO SE*
(formerly Jaideep S Chawla)
Mailing Address:
3 Henniker Street, #235
Hillsborough, New Hampshire 03244

Dated: October 2, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the foregoing was served on each of the following by first class mail:

The Honorable William Barr
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable John Bash
United States Attorney, Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

Dated: October 2, 2020

John Adams (formerly Jaideep S. Chawla)



# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



U.S. POSTAGE
$7.75
PM 3-DAY
01801 0006
Date of sale
10/02/20
06  2S  SSK
11486978

## PRIORITY MAIL 3-DAY®

EXPECTED DELIVERY DAY: 10/06/20        0006

Clerk's Office
U.S. District Court
Western District of Texas        C096

SHIP TO:

800 FRANKLIN AVE
RM 280
Waco TX 76701-1934

### USPS TRACKING® NUMBER



9505 5067 0921 0276 2270 54