UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**FILED**
October 14, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

|  |  |
|---|---|
| UNITED STATES, *et al.*, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, *et al.* )<br>) | Case No. 20-cv-00362 |

### NOTICE OF CHANGE OF MAILING ADDRESS

Jaideep S. Chawla a/k/a John J. Addams provides notice of the change of his mailing address as provided below in this notice.

RESPECTFULLY SUBMITTED,

_____

JAIDEEP S. CHAWLA a/k/a JOHN J. ADDAMS
*PRO SE*
379 Amherst Street, #214
Nashua, New Hampshire 03063

DATED: October 12, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 12, 2020, I served a copy of the foregoing document on the following by first class mail:

Gregg N. Sofer
United States Attorney, Western District of Texas
903 San Jancinto Blvd., Suite 334
Austin, TX 78701

_____
Jaideep S. Chawla a/k/a John J. Addams