UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
NOV 1 2 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

USA, et al., )
)
v. ) 20-cv-000362-ADA-JCM
)
IRS, et al. )
)

## EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Fed.R.Civ.P. 65(d)(1)(C)(2)(C), the Plaintiff-Relator, John Adams (formerly Jaideep S. Chawla, hereinafter "THE RELATOR") respectfully moves this Court for a preliminary injunction against non-parties who are in active concert with one or more of the defendants.

These non-parties who are in active concert with one or more of the defendants are:

- Joseph Biden, the former Vice President;

- The Commonwealth of Pennsylvania;

- The Commonwealth of Virginia;

- The State of Wisconsin;

- The State of Michigan;

- The State of Arizona;

- The State of New York;

- The State of New Hampshire;

- The State of Illinois;

- The State of California;

- The State of Nevada;

- The State of Georgia; and

- The State of Texas.

The relief requested against Joseph Biden is a court order prohibiting Joseph Biden from declaring himself as the president-elect of the United States until such time that this Court certifies the election results in the Commonwealths of Pennsylvania and Virginia and the States of Wisconsin, Michigan, New York, New Hampshire, California, Illinois, Arizona, Nevada, Georgia, and Texas. The relief requested must be granted as soon as possible in order to preclude Joseph Biden from perpetrating a fraud against the United States.

The relief requested against the Commonwealths of Pennsylvania and Virginia and the States of Wisconsin, Michigan, New York, New Hampshire, Illinois, California, Arizona, Nevada, Georgia, and Texas is an emergency restraining order appointing an independent examiner to, as to the election on November 3, 2020, segregate lawful ballots from unlawful ballots, count all lawful ballots and certify the winner, and retain unlawful ~~ballots~~ voting instruments JA as evidence in future proceedings in the foregoing states, with accompanying relief immediately securing all such lawful ballots and unlawful ~~ballots~~ voting instruments JA in order to preserve their integrity as evidence.

In addition, the relief requested is extended to all 50 states and includes an order from this Court mandating an entirely new election to replace the election of November 3, 2020, where such new election will be supervised by this Court so as to guarantee the integrity of the election and preclude fraud.

In the event that the relief requested is not granted, the Plaintiff-Relator will suffer irreparable damage, because 1) the defendants will be able to fraudulently cloak themselves in the authority of the Office of President of the United States during the pendency of this action;

and 2) the Plaintiff-Relator is guaranteed, pursuant to the Constitution, a republican form of government and not one which can be stolen in broad daylight.

Respectfully Submitted,

JOHN ADAMS
PRO SE
[Address intentionally omitted due to death threats as alleged in the Complaint]

DATED: November 6, 2020


CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing by first class mail on the following:

Gregg Sofer
United States Attorney, Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

JOHN ADAMS

DATED: November 6, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
NOV 1 2 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

USA, et al., )
)
v. ) 20-cv-000362-ADA-JCM
)
IRS, et al. )

### AFFIDAVIT OF JOHN ADAMS

The Plaintiff-Relator, John Adams hereby deposes and states as follows:

1. I am the Plaintiff-Relator in the above-captioned action. My given name at birth is Jaideep S. Chawla. I identify as John Adams. In the Complaint in the above-captioned action, I have alleged, among other things, widespread and systematic fraud against the United States of America and me, both as a *qui tam* relator and in an individual capacity. This affidavit concerns the election of November 3, 2020. Any reference herein to the election of November 3, 2020 includes all voting instruments [ballots and other JA] submitted before, during, and after November 3, 2020 in that election. As disclosed to this Court, I believe that I am the victim of tampering of mail processed through the United States Postal Service. I believe that a new election must be held without mail-in voting instruments, because the chain of custody of mail-in voting instruments, like my own mail, allows for tampering and/or fraud. I believe that an honest investigation as to mail-in voting instruments. other voting instruments, and lawful ballots from the election on November 3, 2020 would likely show widespread and systematic fraud that is the hallmark of the defendants in the Complaint (e.g., Enron, Lehman Brothers, "President Obama," "Russian collusion").

2. Based on my understanding of the law, I believe that I have plausibly alleged causes of action under a variety of statutes, including, but not limited to, civil rights, racketeering, and antitrust. In addition, I believe that the facts alleged, to the extent they are proven in court, will constitute treason and sedition against the United States by one or more of the defendants. I believe that one or more of the defendants has acted and/or is acting on behalf of one or more enemies of the United States, including China, Russia, Venezuela, and/or Iran, and/or one or more non-state organizations or entities which is engaged in, among other offenses, a conspiracy to overthrow the government of the United States.

3. I believe that, upon seizure and examination by a court-appointed official of lawful ballots and all other ~~unlawful~~ JA voting instruments, fraud will be detected in the election of November 3, 2020 in the Commonwealths of Pennsylvania and Virginia as well as the States of New York, New Hampshire, Arizona, Wisconsin, Michigan, California, Illinois, Texas, Georgia, and Nevada. My belief is based on the history of voter fraud in these jurisdictions, mathematical probabilities, and anecdotal information that has emerged in connection with the election of November 3, 2020.

4. Over the past several months, votes have been cast in the presidential election in drive-thru voting booths in or around Houston, Texas. I believe that, based on mathematical probability, one or more voting instruments received in a drive-thru voting booth in the State of Texas is fraudulent.

5. On or about the evening of November 3, 2020, Fox News Channel reported that Joseph Biden had won the State of Arizona. As of the filing of this affidavit, my understanding is that there are still significant numbers of votes outstanding that could yield enough votes to alter the outcome of the presidential election in the State of Arizona. I believe that multiple voters for Donald Trump were deliberately provided with a permanent marker, or "sharpie", in or around one or more polling places in the State of Arizona in order to disqualify their otherwise lawful ballots for voters who are registered Republican as improperly completed due to the use of a sharpie. I believe that one or more ballots in the State of Arizona is fraudulent and/or has been illegally suppressed. Multiple voters from the State of Arizona appeared on Fox News Channel's broadcast of the "Ingraham Angle" on November 6, 2020 and alleged that they were improperly provided sharpies during the voting on November 3, 2020 in the State of Arizona. I have no reason to believe that the reporting on the "Ingraham Angle" is disinformation or false.

6. At approximately 4:00 A.M. Eastern Standard Time on November 4, 2020, certain precincts in the State of Wisconsin reported approximately 100,000 votes to the Secretary of State of Wisconsin, or some other duly appointed official, of which approximately 90% or more were allegedly cast in favor of Joseph Biden. Based on my initial review of election results in 2016 and 2020, I have found that there is no mathematical chance that Joseph Biden could simultaneously win such a high percentage of votes without fraud. These votes propelled Joseph Biden in front of President Donald Trump in the presidential election in the State of Wisconsin. I believe that a similar scenario played out in the State of Michigan on or about November 4, 2020. I believe that a similar scenario is playing out as of the time of the filing of this affidavit in the Commonwealth of Pennsylvania and the States of Nevada and Georgia. I

believe that one or more voting instruments in the election on November 3, 2020 in the Commonwealth of Pennsylvania and the States of Michigan, Wisconsin, Nevada, and Georgia is fraudulent.

7. I believe that the defendant, Margaret Goodlander, who is married to Jacob Sullivan, a senior campaign advisor to Joseph Biden, and the defendant, Barack Obama, as well as one or more of the other defendants in the above-captioned action, many of whom are prominent federal elected officials, are engaged in widespread election fraud with respect to the election of November 3, 2020.

8. I believe that the election results in Pennsylvania, Arizona, Wisconsin, Michigan, Nevada, Georgia, and Texas include fraudulent ballots and/or voter suppression. Based on my limited but increasing understanding of election laws, I believe that lawful ballots and unlawful voting instruments will be destroyed before any meaningful investigation can take place if they are not seized by this Court and/or another court. I believe that multiple defendants in the above-captioned action are engaged in election fraud so as to, among other things, avoid accountability for widespread violations of law, including, but not limited to, violations of law set forth in the Complaint.

I state the foregoing under the pains and penalties of perjury. God save the United States of America.

Respectfully Submitted,

JOHN ADAMS
*PRO SE*
[Address intentionally omitted due to death threats as alleged in the Complaint]

DATED: November 6, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing by first class mail on the following:

Gregg Sofer
United States Attorney, Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

JOHN ADAMS

DATED: November 6, 2020

Clerks Office
U.S. District Court
Western District of Texas
800 Franklin Ave.
Waco, TX 76701