UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES, *et al.* | ) |
| | ) |
| v. | ) 20-cv-00362 |
| | ) |
| INTERNAL REVENUE SERVICE, *et al.* | ) |

FILED
NOV 18 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**NOTICE OF ADDITIONAL RELIEF REQUESTED PURSUANT TO FED. R. CIV. P. 65**

The Plaintiff-Relator, John Adams, respectfully notifies this Court of the following additional relief requested pursuant to Fed. R. Civ. P. 65:

1. A court order securing all electronic voting equipment in the City of Philadelphia, Pennsylvania, including, but not limited to, all voting equipment provided by Dominion Voting Systems Corp. for inspection by the Plaintiff-Relator and/or his designee; and

2. A court order securing all electronic voting equipment in the 28 states where Dominion Voting Systems Corp. provides voting equipment for inspection by the Plaintiff-Relator and/or his designee.

Respectfully Submitted,

_____

JOHN ADAMS
*PRO SE*
[ADDRESS INTENTIONALLY OMITTED AND OBFUSCATED DUE TO DEATH THREAT(S) AS SET FORTH IS THE COMPLAINT]

DATED:   November 17, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing on the following by Federal Express:

Gregg Sofer
United States Attorney, Western District of Texas
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

_____
JOHN ADAMS

DATED: November 17, 2020