FILED

February 08, 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____Akeita Michael_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| USA, et al. )<br>)<br>v. )<br>)<br>IRS, et al. ) | No. 20-cv-000362 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the Plaintiff and relator, John Adams, provides notice of the voluntary dismissal of this action.

Respectfully Submitted,

_____
JOHN ADAMS

Dated: February 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on the following by first class mail:

United States Attorney
Western District of Texas
903 San Jancinto Boulevard
Suite 334
Austin, Texas 78701

_____
JOHN ADAMS

Dated: February 2, 2021

United States
Western District of Texas
800 Franklin Avenue
Waco, TX 76701

BOSTON MA 020
2 FEB 2021 PM 7 L

76701-224400