UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

USA, *et al.*,  )
  )
v.  )   No. 20-cv-000362
  )
IRS, *et al.*  )
  )

**FILED**
January 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
  DEPUTY

**NOTICE**

John Adams, acting *pro se*, respectfully notifies this Court of the following with respect to one or more allegations in the Complaint in the above-captioned matter:

On information and belief, John Adams (government name: "Jaideep Singh Chawla") is not a graduate of Cornell University, having cheated and/or gained an unfair advantage on the Advanced Placement Chemistry examination in high school and improperly being awarded a score of "5" by saving certain chemistry formulas in his Texas Instruments calculator. On information and belief, the invalidation of the credits from the foregoing Advanced Placement Chemistry examination place the undersigned below the total number of credits required for graduation. On information and belief, the undersigned was therefore improperly awarded a diploma by Cornell University in or around the year 2008.

Respectfully Submitted,

/s/   JOHN ADAMS
John Adams
7 Ruggiero Way
Andover, MA 01810

Dated: January 10, 2022

**Certificate of Service**

I hereby certify that on this day I served a copy of the foregoing on the following by United States Postal Service First Class Mail:

        U.S. Attorney's Office
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216

/s   JOHN ADAMS
John Adams

Dated: January 10, 2022